1622 LOCUST STREET    PHILADELPHIA, PA 19103-6305    phone 215/875-3000    fax 215/875-4604    www.bergermontague.com

## Berger & Montague, P.C.

**Carey R. D'Avino**

WRITER'S DIRECT DIAL    (215) 875-3088

WRITER'S DIRECT FAX    (215) 875-4064

WRITER'S DIRECT E-MAIL    cdavino@bm.net



November 20, 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-09

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *The Presbyterian Church of Sudan, et al., v. Talisman Energy, Inc., and Republic of Sudan*, No. 07-0016-cv 01 cv 4882

Dear Judge Cote:

Plaintiffs respectfully submit this letter in accordance with the Court's Order filed October 6, 2009. Based upon the findings of this Court and the United States Court of Appeals for the Second Circuit, plaintiffs will not proceed to obtain a final judgment, notwithstanding the default of the Republic of Sudan.

*The Clerk of Court shall close the case.*

*Denise Cote*
*Nov. 24, 2009*

Respectfully submitted,

Carey R. D'Avino

cc: Marc Gottridge, Esq.
      Joseph Cyr, Esq.
      Scott Reynolds, Esq.